AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | FILED by _____ D.C. |
| v. | ) | OCT - 4 2012 |
| CHARLES ROSS BUCHANAN, | ) | STEVEN M. LARIMORE |
| BRIAN JAMES HARDWICK, | ) | CLERK U.S. DIST. CT. |
| and | ) | S.D. OF FLA. - W.P.B. |
| KRISTIN DAWN KOEHLER | ) | |

Case No.  12-8395-JMH

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____9/30/12 - 10/02/12____ in the county of ____Palm Beach____ in the
____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2113(a) and 2 | The defendant, by force and violence, or by intimidation, took or attempted to take, from the person or presence of another, money or any other thing of value, belonging to, or in the care, custody, control, management, or possession of, any bank or any savings and loan association.; or did aid and abet the foregoing offense |
| 18 U.S.C. §§ 1951(a) | The defendants did conspire to obstruct, delay or affect commerce or the movement of any article or commodity in commerce, by robbery, extortion, or by threat of physical violence to any person. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Gavin Gumbinner

☑ Continued on the attached sheet.

_____
_Complainant's signature_

FBI Special Agent Gavin Gumbinner
_Printed name and title_

I find probable cause:  Sworn to before me and signed in my presence.

Date:  ____10/04/2012____

_____
_Judge's signature_

City and state:  ____West Palm Beach, Florida____

U.S. Magistrate Judge JAMES M. HOPKINS
_Printed name and title_

**AFFIDAVIT**
**Case No. 12-8395-JMH**

Your affiant, Gavin Gumbinner, first being duly sworn, does hereby depose and state as follows:

1).     I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for more than 14 years. I am currently assigned to the Federal Bureau of Investigation (FBI) Safe Streets Task Force Miami Division, Palm Beach County Resident Agency.

2).     This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation, and information provided to me by other law enforcement officers, victims, witnesses and defendants. This affidavit does not purport to contain all the information known to me about this case but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging defendants CHARLES R. BUCHANAN, BRIAN J. HARDWICK, and KRISTIN D. KOEHLER of bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and 2, and conspiracy to commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a).

3).     On September 30, 2012, at approximately 2:34 pm, a subject later identified as defendant CHARLES R. BUCHANAN (BUCHANAN) entered the TD Bank branch located at 5899 Lake Worth Road, Greenacres, Palm Beach County, Southern District of Florida, (hereinafter the "Greenacres Robbery") a bank whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC). Defendant BUCHANAN retrieved a bank slip, from the bank counter, and wrote "no die packs $5,000 or everyone dies". BUCHANAN approached the bank teller counter and handed the note to the bank teller. The bank teller, in fear for his life and the lives of others in

the bank, gave BUCHANAN approximately $2,665.00 from his teller drawer, money belonging to, and in the care, custody, control, management and possession of TD Bank. Defendant BUCHANAN also warned the teller not to press any alarm buttons. Defendant BUCHANAN departed the bank and ran westbound through the parking lot. Victims/witnesses described the bank robber as wearing a Philadelphia Eagles ball cap, large dark sunglasses, white long sleeve shirt, blue jean shorts, and black and white sneakers. The bank robber was observed to have several tattoos on his body to include a star on his neck in the area of the Adams Apple. Defendant BUCHANAN was observed by victims/witnesses getting into the passenger seat of a red/maroon Honda Civic, bearing Florida registration 603-MTJ. The victims/witnesses observed a white male in the driver's seat as the vehicle departed the area of the bank. A database check of Florida records indicated that the vehicle was registered to a female identified as L.N. Further database checks of police records indicated that L.N>was in a relationship with a white male named CHARLES R. BUCHNAN, date of birth 08/14/1983. A review of BUCHANAN's Florida drivers license photograph showed that BUCHANAN had a star tattoo on his neck as described by the victims/witnesses.

4).   On 10/02/2012, at approximately 12:20pm, defendant BUCHANAN entered the TD Bank branch located at 215 South US 1, Tequesta, Palm Beach County, Southern District of Florida, (hereinafter Tequesta Robbery) a bank whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC). Defendant BUCHANAN retrieved a bank slip, from the bank counter, and wrote a demand for money. BUCHANAN approached the bank teller counter and handed the note to the bank teller. The teller remembered the note saying money, two top drawers or I'll kill you.

2

The bank teller, in fear for her life, gave BUCHANAN approximately $2,451.00 from her teller drawer, money belonging to, and in the care, custody, control, management and possession of TD Bank.  BUCHANAN pulled a green bag from under his shirt and put the money in the bag.  BUCHANAN departed the bank on foot.  The teller was able to place a bait bill in the money that she gave BUCHANAN.  The bait bill was a ten dollar bill, year/series 2006, with serial number IB82255380C  The bank robber was described by victims/witnesses as a white male, over six feet tall, wearing a red and black ball cap, dark colored shorts, red sneakers, scarf around his neck and having a tattoo on his neck.

5).    After reviewing video surveillance footage from the Greenacres Robbery and the Tequesta Robbery agents/officers believed that the banks were robbed by the same individual.  After further discussion between agents and officers it was concluded that there was probable cause to believe that BUCHANAN was the individual responsible for both bank robberies.

6).    On 10/03/2012, law enforcement officers set up surveillance on L.N.   At approximately 11:50am, L.N. was followed by law enforcement officers to the Mangonia Park Tri-Rail Station located at 1415 45th Street, Mangonia Park, FL.  At approximately 12:30pm a north bound train arrived at the Mangonia Park Station. Agents observed BUCHANAN exiting the Tri-Rail train, wearing a red and black Florida Marlins baseball cap, red sneakers, and dark colored basketball shorts, and carrying a green bag, all of which were items that BUCHANAN used or wore in the Tequesta TD Bank robbery on 10/03/2012.   At approximately 12:35pm law enforcement officers detained BUCHANAN.

7).     Defendant BUCHANAN, after being given his Miranda warnings, and waving said

rights, stated in substance that on 09/30/2012, he robbed the TD Bank in Greenacres,

Florida.  BUCHANAN identified three surveillance photographs of himself robbing

the TD Bank in Greenacres, Florida, on 09/30/2012, by initialing each photograph.

BUCHANAN also identified and initialed a photograph of the demand note that he

wrote during the TD Bank robbery in Greenacres, Florida, on 09/30/2012.

BUCHANAN said that BRIAN HARDWICK had been the get-a-way driver during

the Greenacres Robbery.  BUCHANAN said that he and HARDWICK used a red

Honda Civic, belonging to his girlfriend L.N., for the Greenacres Robbery.

BUCHANAN paid HARDWICK $900.00 from the robbery proceeds for driving the

get-a-way car.  BUCHANAN said that HARDWICK knew that he (BUCHANAN)

was robbing a bank.  BUCHANAN said that he had worn a Philadelphia Eagles

baseball cap during the Greenacres Robbery but later threw it out.  BUCHANAN said

that on 10/02/2012, he robbed the TD Bank in Tequesta, Florida.  BUCHANAN said

that HARDWICK and a white female by the name of LITTLE D were in the get-a-

way car waiting for him.  BUCHANAN later identified a photograph of LITTLE D

whose identity is KRISTIN D. KOEHLER.  BUCHANAN said that HARDWICK

and KOEHLER knew that he was robbing the bank and he paid HARDWICK $900

from the robbery proceeds.  BUCHANAN said that in both of the bank robberies he

had used make-up to cover the tattoos on his face.  BUCHANAN stated that the he,

HARDWICK, and LITTLE D were supposed to rob a bank on today's date (October

3, 2012).  During a consent search of BUCHANAN's items that were with him at the

time of his arrest a ten dollar bill matching the serial number on the bait bill taken

4

from the Tequesta Robbery was recovered.

8). On 10/03/2012, at approximately 4:20 pm, law enforcement officers detained HARDWICK and KOEHLER. HARDWICK, after being given his <u>Miranda</u> warnings, and waving said rights, stated in substance that on 09/30/2012, he drove a red Honda Civic, belonging to BUCHANAN's girlfriend, to a TD Bank in Greenacres, Florida. HARDWICK said he dropped BUCHANAN off at the bank but did not know that BUCHANAN had robbed the TD Bank until BUCHANAN came running out of the bank with a wad of cash in his hands. HARDWICK drove BUCHANAN away from the bank. HARDWICK said he was paid $500 from the robbery proceeds for driving the get-a-way car. HARDWICK said that he, BUCHANAN, and LITTLE D, later identified by HARDWICK as KRISTIN KOEHLER, went to the TD Bank in Tequesta, Florida. HARDWICK said that they were in a Ford Bronco being driven by KOEHLER. HARDWICK said that he knew that BUCHANAN was going to rob the bank. HARDWICK said he was paid $400 in robbery proceeds by BUCHANAN for being a lookout. HARDWICK said that KOEHLER received $100 in robbery proceeds from BUCHANAN for being the get-a-way driver. HARDWICK said that BUCHANAN used make-up to cover the tattoos on his face and neck. HARDWICK said that BUCHANAN wore a Philadelphia Eagles hat during the Greenacres Robbery and a Florida Marlins Hat during the Tequesta Robbery.

9).      KOEHLER after being given her <u>Miranda</u> warnings, and waving said rights, stated in substance that on 10/02/2012, she drove BUCHANAN and HARDWICK to a TD Bank in Tequesta, Florida, so that BUCHANAN could rob the bank.  KOEHLER said she was paid $100 in robbery proceeds from BUCHANAN.  KOEHLER said that BUCHANAN robbed the bank wearing a red Florida Marlins ball cap, a white long sleeve t-shirt, and make-up to cover the tattoos on his face.  KOEHLER told BUCHANAN and HARDWICK after the bank robbery that maybe some day she could tell her kids about robbing a bank.  KOEHLER said that she knew that BUCHANAN was going to rob the bank and that she could have stopped the vehicle and gotten out before the robbery but she didn't.  KOEHLER said she is known as Little D.  KOEHLER identified pictures of BUCHANAN and HARDWICK.

10).     I am aware that in addition to being federally insured by the Federal Deposit Insurance Corporation (FDIC), all TD Bank Branches (a) receive cash shipments from the United States Federal Reserve, which are transported and shipped in interstate commerce; and (b) that TD Bank processes out-of-state checks and provides checks and distributes funds for its customers to other entities and companies outside the State of Florida, and that TD Bank is thus a business engaged in interstate and foreign commerce.  Thus, by depriving TD Bank of the funds described above, your affiant submits the defendants' robberies described above obstructed, delayed or affected commerce within the meaning of Title 18, United States Code, Section 1951(b)(3).

11).    Based on the foregoing facts, your affiant submits that probable cause exists to

believe that defendants CHARLES R. BUCHANAN, BRIAN J. HARDWICK, and

KRISTIN D. KOEHLER committed the offenses of bank robbery, in violation of

Title 18, United States Code, Sections 2113 (a), and 2, and Conspiracy to Commit

Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a).

FURTHER YOUR AFFIANT SAYETH NOT.

Gavin Gumbinner, Special Agent
Federal Bureau of Investigation


SWORN TO AND SUBSCRIBED BEFORE
ME THIS 4TH DAY OF OCTOBER, 2012,
AT WEST PALM BEACH, FLORIDA.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8395-JMH

### BOND RECOMMENDATION

DEFENDANT: Charles Ross Buchanan

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:    John C. McMillan, Jr.

Last Known Address: _____

_____

_____

What Facility:    Palm Beach County Jail

_____

Agent(s):    FBI S/A Gavin Gumbinner

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 12-8395-JMH

### BOND RECOMMENDATION

DEFENDANT: Brian James Hardwick

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:    John C. McMillan, Jr.

Last Known Address: _____

_____

_____

What Facility:    Palm Beach County Jail

_____

Agent(s):    FBI S/A Gavin Gumbinner

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 12-8395-JMH

### BOND RECOMMENDATION

DEFENDANT: Kristin Dawn Koehler

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   John C. McMillan, Jr.

Last Known Address: _____

_____

_____

What Facility: Palm Beach County Jail

_____

Agent(s): FBI S/A Gavin Gumbinner

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### No.   12-8395-JMH

**UNITED STATES OF AMERICA**

**vs.**

**CHARLES ROSS BUCHANAN,**
**BRIAN JAMES HARDWICK, and**
**KRISTIN DAWN KOEHLER,**

**Defendants.**

_____/

## CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Northern Region of the United States
Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2.   Did this matter originate from a matter pending in the Central Region of the United States
Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777
John.McMillan@usdoj.gov